| Prob 22<br>(Rev 2/88) | | Docket Number (Transferring Court)<br>**CR99-5198RJB-001** | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | Docket Number (Receiving Court)<br>CR **07-00051** CAS | |
| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>**ROBERT EARL THOMPSON** | | DISTRICT<br>WESTERN<br>WASHINGTON | DIVISION<br>Seattle |
| | | NAME OF SENTENCING JUDGE<br>**The Honorable Robert J. Bryan** | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>05/06/06 | TO<br>05/05/09 |

OFFENSE
**Bank Robbery**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Washington___

FILED
RECEIVED
LODGED
NOV 29 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Central District of California___ upon the Court's order of acceptance of jurisdiction. The Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

FILED
CLERK U.S. DISTRICT COURT
JAN 16 ...
CENTRAL ... OF C...
BY ___DA___

29 Nov 06
DATE

_(signed)_ Robert J. Bryan
UNITED STATES DISTRICT JUDGE

\* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Central___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 31 2007
BY
014

1/17/07
DATE

_(signed)_ Audrey B. Collins, Acting Chief Judge
UNITED STATES DISTRICT JUDGE




99-CR-05189-ORD